IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06CR206-MHT |
| ) | [18 U.S.C. § 641] |
| ALETHIA ADRIANNE SCOTT ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNTS 1-4

1. At all times relevant to this Indictment, the defendant, **ALETHIA ADRIANNE SCOTT**, was a resident of Greenville, Alabama.

2. On or about September 29, 2005, Scott caused to be filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, an application for benefits in connection with Hurricane Katrina, which falsely represented that Scott had suffered losses to a trailer she owned as her primary residence in Stockton, Alabama. In fact, Scott did not reside in Stockton, did not own a trailer, and did not suffer the losses claimed.

3. FEMA accepted Scott's application and caused a series of United States Treasury checks in the amounts of $12,708.00, $2,208.00, $315.46, and $10,968.54, respectively to be mailed to an address in Greenville, Alabama. Scott received each of the checks and cashed them.

4. On or about the dates set forth below, in Butler County, within the Middle District of Alabama, and elsewhere,

**ALETHIA ADRIANNE SCOTT,**

did embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, as described below:

| COUNT | DATE | ITEM |
| --- | --- | --- |
| 1 | October 12, 2005 | FEMA disaster assistance funds in the amount of $12,708.00. |
| 2 | January 24, 2006 | FEMA disaster assistance funds in the amount of $2,208.00. |
| 3 | February 27, 2006 | FEMA disaster assistance funds in the amount of $315.46. |
| 4 | March 31, 2006 | FEMA disaster assistance funds in the amount of $10,968.54. |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_Janice Davis Williams_
Foreperson

_Leura G. Canary_
LEURA G. CANARY
United States Attorney

_Christopher A. Snyder_
CHRISTOPHER A. SNYDER
Assistant United States Attorney