| COURTROOM DEPUTY MINUTES | DATE: AUGUST 18, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 2:13 - 2:18 |

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (Rule 5)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** CHARLES S. COODY         **DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 2:06CR206-MHT-CSC         **DEFT. NAME:** ALTHEIA ADRIANNE SCOTT

**USA:** CHRISTOPHER SNYDER         **ATTY:** PATRICIA KEMP

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** TAMARA MARTIN

Defendant _____ does __√__ does NOT need an interpreter; NAME:

---

| | | |
|---|---|---|
| √ Kars. | Date of Arrest **8/18/06** or ☐ Rule 5 Arrest | |
| √ kia. | Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator | |
| √ Finaff. | Financial Affidavit executed  ☐ to be obtained by PTS;  √ **ORAL** Motion for Appt. Of Counsel. | |
| √ koappted | **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed;  ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| √ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| √ | **DETENTION HRG** ☐ held; √ Set for **8/22/06 @ 9:00 a.m.**;  ☐ **Prelim. Hrg** ☐ Set for _____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered.  ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing  ☐ set for _____ ;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| ☐ Karr. | **ARRAIGNMENT** SET FOR: _____  ☐ **HELD**. Plea of **NOT GUILTY** entered. | |
| | ☐ Trial Term _____ ;  ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | ☐ **DISCOVERY DISCLOSURES DATE:** _____ | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ Kwvspt | **Waiver of Speedy Trial Act Rights Executed**. | |