**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06-cr-206-MHT** |
| | ) | |
| **ALETHIA ADRIANNE SCOTT** | ) | |

**GOVERNMENT'S MOTION FOR DETENTION HEARING**

The United States, pursuant to 18 U.S.C. 3142(e) and (f), moves for a detention hearing for the above-captioned defendant:

1. <u>Eligibility of Cases</u>

    This case is eligible for a detention order because this case involves:

    _____  Crime of violence (18 U.S.C. § 3156)

    _____  Maximum sentence of life imprisonment or death

    _____  10 + year drug offense

    _____  Felony, with two prior convictions in the above categories

    \_\_\_\_X\_\_\_\_  Serious risk the defendant will flee

    _____  Serious risk of obstruction of justice

    _____  Felony involving a minor victim

    _____  Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    _____  Failure to register a sex offender (18 U.S.C. § 2250)

2. <u>Reason For Detention</u>

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

    \_\_\_\_X\_\_\_\_  Defendant's appearance as required

    __X__    Safety of any other person and the community

3.    <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

    _____    Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

    _____    Previous conviction for "eligible" offense committed while on pretrial bond

    _____    A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.    <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

    _____    At the initial appearance

    __X__    After continuance of <u>3</u> days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 18th day of August, 2006.

                                LEURA G. CANARY
                                United States Attorney

                                /s/ Christopher A. Snyder
                                CHRISTOPHER A. SNYDER
                                Assistant United States Attorney
                                Post Office Box 197
                                Montgomery, Alabama 36101-0197
                                334.223.7280
                                334.223.7135 fax
                                christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-cr-206-MHT |
| | ) | |
| ALETHIA ADRIANNE SCOTT | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Public Defender's Office.

                                              Respectfully submitted,
                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              /s/ Christopher A. Snyder
                                              CHRISTOPHER A. SNYDER
                                              Assistant United States Attorney
                                              Post Office Box 197
                                              Montgomery, Alabama 36101-0197
                                              334.223.7280
                                              334.223.7135 fax
                                              christopher.a.snyder@usdoj.gov