IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cr. No. 2:06cr206-MHT |
| | ) | |
| ALETHIA ADRIANNE SCOTT | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for September 27, 2006 in the above-styled case.

You are DIRECTED to produce the following named prisoner: ALETHIA ADRIANNE SCOTT before the United States District Court at Courtroom 5A , on the 27 day of September, 2006, at 10:00 a.m..

DONE, this the 11 day of September, 2006.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk