IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                                    )
    v.                          )      CR. NO.  2:06-cr-206-MHT
                                    )
ALETHIA ADRIANNE SCOTT     )

MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District

of Alabama and moves the Court for leave to dismiss the Indictment filed August 15, 2006, in the

above styled cause to Alethia Adrianne Scott, on the following grounds, to wit:

Superseding Indictment filed September 7, 2006.

Respectfully submitted this the 12th day of September, 2006.

                                 Respectfully submitted,

                                 LEURA GARRETT CANARY
                                 UNITED STATES ATTORNEY

                                 /s/ Christopher A. Snyder
                                 CHRISTOPHER A. SNYDER
                                 One Court Street
                                 Montgomery, Alabama 36104
                                 Phone: (334) 223-7280
                                 FAX: (334) 223-7135
                                 christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
      v.                      )      CR. NO.  2:06-cr-206-MHT
                              )
ALETHIA ADRIANNE SCOTT        )

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: Kevin L. Butler.


LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
One Court Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-cr-206-MHT |
| | ) | |
| ALETHIA ADRIANNE SCOTT | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment as to Alethia Adrianne Scott, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ____ day of September, 2006.


_____
UNITED STATES DISTRICT JUDGE


DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed in the above styled cause as to Alethia Adrianne Scott.


Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
One Court Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
christopher.a.snyder@usdoj.gov