IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-206-MHT |
| | ) | |
| ALETHIA ADRIANNE SCOTT | ) | |

### PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Alethia Adrianne Scott, into the custody of Tom Montgomery, Department of Homeland Security, and/or Steve McGavin, Department of Homeland Security, and/or Tim Miller, Federal Bureau of Investigation, from September 21, 2006, through December 21, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Tom Montgomery, Department of Homeland Security, and/or Steve McGavin, Department of Homeland Security, and/or Tim Miller, Federal Bureau of Investigation, to return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Respectfully submitted this the 20th of September, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-206-MHT |
| | ) | |
| ALETHIA ADRIANNE SCOTT | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-206-MHT |
| | ) | |
| ALETHIA ADRIANNE SCOTT | ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on September 20, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Alethia Adrianne Scott, to Tom Montgomery, Department of Homeland Security, and/or Steve McGavin, Department of Homeland Security, and/or Tim Miller, Federal Bureau of Investigation, on September 21, 2006, through December 21, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Tom Montgomery, Department of Homeland Security, and/or Steve McGavin, Department of Homeland Security, and/or Tim Miller, Federal Bureau of Investigation, return said prisoner into the custody of the United States Marshals Service when they have finished with her.

DONE this the _____ day of September, 2006.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE