IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-206-MHT |
| | ) | |
| ALETHIA ADRIANNE SCOTT | ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner filed on September 20, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Alethia Adrianne Scott, to Tom Montgomery, Department of Homeland Security, and/or Steve McGavin, Department of Homeland Security, and/or Tim Miller, Federal Bureau of Investigation, on September 21, 2006, through December 21, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Tom Montgomery, Department of Homeland Security, and/or Steve McGavin, Department of Homeland Security, and/or Tim Miller, Federal Bureau of Investigation, return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Done this 21st day of September, 2006.

                                            /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE