IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:06cr206-MHT |
| ) | |
| ALETHIA ADRIANNE SCOTT ) | |

**MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

COMES NOW the Defendant, Alethia Adrianne Scotty, by and through undersigned counsel, Kevin L. Butler, and requests an extension of time of one day to file pretrial motions. In support of this motion undersigned counsel states:

1. Pursuant to court order, Ms. Scott was to file pretrial motions on or before September 21, 2006.

2. Ms. Scott is charged with fraud and the discovery provided to defense includes approximately 300 documents. Undersigned counsel needs an additional day to review discovery and file any necessary pretrial motions.

3. It is in the interest of justice to allow undersigned counsel until September 22, 2006, to prepare and file any necessary pretrial motions in this matter.

**WHEREFORE**, the defendant prays that he be allowed until Friday, September 22, 2006 to file any pretrial motion in this matter.

Dated this 21st day of September 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099; Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:06cr206-MHT |
| ) | |
| **ALETHIA ADRIANNE SCOTT** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chris Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                            Respectfully submitted,

                                            s/ Kevin L. Butler
                                            KEVIN L. BUTLER
                                            First Assistant Federal Defender
                                            201 Monroe Street, Suite 407
                                            Montgomery, Alabama 36104
                                            Phone: (334) 834-2099
                                            Fax: (334) 834-0353
                                            E-mail: kevin_butler@fd.org
                                            AZ Bar Code: 014138