IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO.  2:06CR206-MHT |
| **ALETHIA ADRIANNE SCOTT and KEVIN ONEIL BROWN** | ) ) ) ) | |

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to Defendant Scott's Motion for Extension of Time to File Pretrial Motions as follows:

The United States does not object to the request for a one day continuance.

Respectfully submitted this the 21st day of September, 2006.

                                                LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              /s/ Christopher Snyder
                                              CHRISTOPHER A. SNYDER
                                              Assistant United States Attorney
                                              Post Office Box 197
                                              Montgomery, Alabama 36101-0197
                                              334.223.7280
                                              334.223.7135 fax
                                              christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 2:06CR206-MHT |
| **ALETHIA ADRIANNE SCOTT and KEVIN ONEIL BROWN** | ) ) ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kevin Butler.

    /s/ Christopher Snyder
    CHRISTOPHER A. SNYDER
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    christopher.a.snyder@usdoj.gov