IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr206-MHT |
| | ) | |
| ALETHIA ADRIANNE SCOTT | ) | |

**ORDER**

Now pending before the court is motion for an extension of time to file pretrial motions (doc. # 30) filed by the defendant. The government has no objection to the motion. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion for an extension of time to file pretrial motions (doc. # 30) be and is hereby GRANTED and the defendant's time for filing pretrial motions be and is hereby EXTENDED from September 21, 2006, until September 22, 2006.

Done this 22nd day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE