| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :  SEPTEMBER 25, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:  1:26 p. m. to 1:27 p.m.** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**    **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 2:06CR206-MHT-CSC**    **DEFENDANT NAME: ALETHIA A. SCOTT**

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  CHRISTOPHER SNYDER | ATTY.  DONNIE BETHEL |

√    **DISCOVERY STATUS:** Complete.

_____

_____

√    **PENDING MOTION STATUS:** None.

_____

√    **PLEA STATUS:** Possible Plea

_____

_____

√    **TRIAL STATUS:** Will take 2 days to try cases, if goes to trial.

_____

☐    **REMARKS:**

_____