FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) |
| --- | --- |
|  | ) |
|  | ) |
|  | ) |
| v. | ) CR. NO. 2:06CR206-MHT |
|  | ) |
| ALETHIA ADRIANNE SCOTT | ) |

CONSENT

I, **ALETHIA ADRIANNE SCOTT**, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Done this the 23rd of October, 2006.

_____
Defendant

_____
Attorney