MIDDLE DISTRICT OF ALABAMA                COURT REPORTER: Mitchell Risner

☐ ARRAIGNMENT    √ CHANGE OF PLEA    ☐ CONSENT PLEA

☐ RULE 44(c) HEARING    ☐ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 2:06CR206-MHT-CSC | DEFENDANT NAME: ALETHIA A. SCOTT |
| AUSA: CHRISTOPHER SNYDER | DEFENDANT ATTY: KEVIN BUTLER |
| USPTS/USPO: | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) FDO |
| Defendant ___ does  √ does NOT need and interpreter.  Name: | |

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ☐ Not Guilty    ☐ Nol Contendere    ☐ Not Guilty by reason of insanity

√ Guilty as to:    √ Count(s) 1 of the **Indictment.**

√ Count(s) 2,3,4    ☐ dismissed on oral motion of USA;

√ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered  √ Written plea agreement filed.  ☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued  ☐ Same Conditions/Bond imposed;

☐ Released on Bond & Conditions of Release for:   ☐ Trial on _____;

☐ Sentencing on _____;   ☐ to be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or √ Sentencing on _____ √ Set by separate Order.