**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-206-MHT |
| | ) | |
| **ALETHIA ADRIANNE SCOTT** | ) | |

**MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through its United States Attorney, Leura G. Canary, and moves this court to continue sentencing in the above-styled case and as grounds therefore says as follows:

1. The defendant is currently set for sentencing on January 31, 2007.

2. On information and belief, the United States avers that Defendant Scott will be a necessary witness at the trial to be conducted on February 5, 2007, in the case of United States v. Kevin Brown.

3. The full extent of Defendant Scott's substantial assistance will not be known until the trial is complete in United States v. Kevin Brown.

4. The undersigned has contacted Kevin Butler, attorney for defendant, who has indicated that he cannot give his position on this motion prior to its filing because he must discuss the matter with his currently incarcerated client.

Wherefore, the above premises considered, the United States respectfully requests the Court to continue the sentencing in the above-styled matter to a date after the completion of the jury trial in the case of United States v. Kevin Brown.

Respectfully submitted this 4th day of December, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher A. Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.  2:06-cr-206-MHT** |
| | ) | |
| **ALETHIA ADRIANNE SCOTT** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Christopher A. Snyder
    CHRISTOPHER A. SNYDER
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: christopher.a.snyder@usdoj.gov