IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr206-MHT |
| ALETHIA ADRIANNE SCOTT | ) | |

**ORDER**

It is ORDERED as follows:

(1) Counsel for defendant Alethia Adrianne Scott having orally informed the court that she has no objection, the government's motion to continue sentencing (doc. no. 56) is granted.

(2) Sentencing for defendant Scott, now set for January 31, 2007, is reset for February 16, 2007, at 8:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 5th day of December, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE