IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:06CR206-MHT |
| | ) | |
| ALETHIA ADRIANNE SCOTT | ) | |

**ORDER**

On December 12, 2006, the District Judge assigned to this case received from the defendant the letter which is attached to this order. The Clerk of the Court is directed to place the original letter in the file. For good cause, it is

**ORDERED** that an ex parte hearing concerning the subjects addressed in the letter be and is hereby set on **January 4, 2007, at 11:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of her shall produce her for this hearing.

Done this 19th day of December, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE

2:06cr206-MHT
12-11-04.

RECEIVED
2006 DEC 12 A 9:24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dear Judge Myron Thompson

I would like to thank you for allowing Mr. Threatt to answer the letter that I wrote you. Judge Thompson I understand that you are busy and I am not the only one to stand before you. But Your Honor would you please take time out of your busy schedule and answer my letter. Allow me to get to the point. Your Honor I would like to request that my case be dismissed or nolle prossi. The reasons got me asking is this:

① Judge Thompson like I told my attorney Kevin Butler, the prosecutor Christopher Snyder and Special Agent Tim Montgomery from Homeland Security, I was blackmailed by Mr. Kevin Brown. Had he not had something hanging over my head I would have not done it. I'm the one who got

tired. He even wanted me to accept a house that Irma offered me. I wasn't fixin' to move to another state with him. Judge Thompson I admit I cashed the checks. But as soon as I cashed them I handed the envelopes to Mr. Brown. A $2,000.00 check come in Oct or Nov. and December 25th me and my children sitting in a house with nothing. The doctor that I went to see at South Baldwin Medical Center gave us a Christmas tree and a dinner along with $20.00. Any one who know me can tell you that my children are my weakness. Don't you think that I would have made sure that they had a good Christmas. He made me quit my job in Baldwin Co. a job that I loved and the people there loved me. You can ask my probation officer Kevin Wudock from the Southern District. On another thing I only had a few more months left on probation. Sometimes I say if only I had taken that house I'll be free. Mr. Brown had a strong hold on me. I was between

a rock and a hard place. Judge Thompson I am going to closed my letter with this. I was always folded by my father Josh Scott that I would have a house full of children because I never like little kids. And he and my grandmother Annie (Washington) folded me Ann (as they call me) Two things you do for your family and children. You only lie to keep peace, to protect or save someones life, because you only have one life and man can do alot of things but he cant give life. And the other thing don't be like the rabbit which danger come run off and leave her little ones, you be like the hen who will fight you to protect her bittys. My grandmother took me to the back of the field and showed me how the rabbit run off and leave her children. Then she took me to the chicken yard and show me how the hen protect her bitty. I have the scar on my neck to prove it. If I am guilty of

anything it is for protecting my children. Mr Brown spent the money the way he wanted to. In my discovery there is an interview from his Aunt Betty Rodgers. Please take time to read it. My attorney has a copy of it. Special Agent Tom Montgomery was the interviewer. Well I'll go now. Hope to here back from you.

Thanks
Alethia Adrianne Scott