MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. CHARLES S. COODY, MAG JUDGE          AT MONTGOMERY, ALABAMA

DATE COMMENCED:    **January 4, 2007**          11:00 a.m.

DATE COMPLETED:    **January 4, 2007**          11:05 a.m.


UNITED STATES OF AMERICA          *

vs          *          2:06cr206-MHT

ALETHIA ADRIANNE SCOTT          *

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
|  | * |  |
| No appearance necessary | * Kevin Butler |  |
|  | * |  |
|  | * |  |

---

## COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy
Mitchell Reisner, Court Reporter

---

## PROCEEDINGS:

### EX PARTE HEARING CONCERNING SUBJECTS ADDRESSED
### IN LETTER FROM DEFENDANT

11:00 a.m.    Court convenes
              Court's discussions regarding purpose of this proceeding.
              Mr. Butler states he believes letter is a sentencing statement instead of any type of
              request.  Mr. Butler states that Ms. Scott is asking for sentencing consideration.
              Ms. Scott's explanation to the court as to what she is stating in letter.
              Court's statements to Ms. Scott regarding guilty plea that has already been taken and
              that this case will not be dismissed.
              Mr.  Butler considers that a sentencing statement and not request for dismissal.
              Ms. Scott states she understand.
              Court states that letter is part of the record and the issues will be raised at sentencing.
11:05 a.m.    Court recessed.