# <u>MINUTES</u>

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  <u>MYRON H. THOMPSON,</u>  JUDGE        AT MONTGOMERY  ALABAMA

DATE COMMENCED  <u>February 16, 2007</u>        AT  8:35   A.M./P.M.

DATE COMPLETED  <u>February 16, 2007</u>        AT  9:33   A.M./P.M.

UNITED STATES OF AMERICA                 Criminal Action
                                         1:06cr206-MHT
            VS.

ALETHIA ADRIANNE SCOTT

---

| <u>PLAINTIFF/GOVERNMENT</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| AUSA Christopher A. Synder | X | Atty Kevin L. Butler |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

---

<u>COURT OFFICIALS PRESENT:</u>

| Anthony Green,<br>Courtroom Clerk | Tashwanda Pinchback,<br>Law Clerk | Mitchell Reisner,<br>Court Reporter |
|---|---|---|

---

<u>PROCEEDINGS:</u>

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        SENTENCING HEARING

| 8:35 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Defendant's **ORAL MOTION** to amend (with attachment) PSR as stated on the record. **ORAL ORDER** granting ORAL MOTION to amend PSR as stated on the record. Defendant's evidence commenced. Defendant's **ORAL MOTION** to continue sentencing. **ORAL ORDER** granting ORAL MOTION to continue. Order to issue resetting sentencing date. |
| 9:33 a.m. | Hearing concluded. |

         IN THE UNITED STATES DISTRICT COURT FOR THE
         MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA

v                                      1:06cr206-01-MHT

ALETHIA ADRIANNE SCOTT

_____


     GOVERNMENT                            DEFENDANT

                      WITNESS LIST

_____     1. DOROTHY COKER_____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

| | DEFENDANT'S EXHIBIT | | | | | UNITED STATES OF AMERICA |
|---|---|---|---|---|---|---|
| | | | | | | v |
| | SENTENCING HEARING   2/16/07 | | | | | ALETHIA ADRIANNE SCOTT |
| | | | | | | 1:06cr206-MHT |

| | | | | | | JUDGE MYRON H. THOMPSON |
|---|---|---|---|---|---|---|
| | | | | | | MITCHELL REISNER, COURT REPORTER |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| 2/16/07 | 2/16/07 | 2/16/07 | 1 | | | Agreement between Path to Success, Inc. and Alethia A. Scott |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *Exhibit located in envelope with case file |