2:06cr206

2-20-07.

Dear Judge Myron Thompson,

RECEIVED
2007 FEB 22  A 9: 46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I stood before you on Thursday 2-9-06-07 awaiting to be sentence by Your Honor. But you allowed it to be continued for a couple of days and I thank you. But Your Honor you said that you should go above the guidelines one reason being that I got a slap on the wrist. Well Your Honor I would like to defend in this letter in case I am not allowed the time to say it when I stand before you again. First of all I would like to clarify this. If my mother or any of my family members care about me. Don't you think some of them would have made plans to be there. The only people that was there was the ones that I met when I moved to Greenville. The only reason she allow my children to stay with her is because she don't want to look bad. People would say she let her own blood go to foster care when she could have gotten them. When I went to FPC Marianna they live along down the road from her. You could see her front door from their front door. I left my 17 yr old daughter my tax return and vehicle. So there was an 18, 17, 15, 11, 10, + 9 yr. old. Baldwin Co + Mobile Co has been nothing but a crab basket. Once you think you're up on your feet

out of the basket. There you go someone has pulled you back down again. So please Your Honor allow me to stay in the Middle District. There is more jobs, public transportation, and I even have a goal for the first time in my life. I planned if you would give me time serve to stay at "Path of Success" Halfway House until August 1. By then I wouldve done saved enough money to rent a place. apply for my children Booker T. Washington Magnet School. You see they are very smart in their studies. I have a housing list from Hamilton + J+M. Realty. I wanted to enroll my son Timothy in Sylvan to get help on his reading and comprehension skills. He has a certificate in Brick Mason. He doesn't read well. And me. I intend to get counseling too. As for a relationship I'll seek one when I get my youngest out of High School. Because right now it is all about them. I'll find a husband one day. I was supporting my son in Auburn, until I got detained along with his student loans and grant. As for my eldest daughter shes doing good. Working, going to school, and taking care of her daughter. She just have a man who rather than get a real job try to hustle. I pray to my Father in Heaven to remove him from her life. Hes controlling and a hinderance to her. Shes not happy with me

because I promised to never leave them again the day that I walked out of FPC Marianna. Now let me tell you this. I got in trouble in 2000. It was $9,153.91 in cash and the other $40,000+ was the financing of a mobile home. Your Honor for real Ms Tucker knew about the situation. She was going to get the mobile home in her name. Thats how I got her social security no. But when her mom and another (my ex boyfriend) found out she said that I stole it. I did tell two ladies in jail I knew a lady with good credit. I spent 5 days in jail for disorderly conduct. I jumped on a man for slapping my daughter. I couldn't prove Ms. Tucker wrong. So at the advice of my attorney I pleaded guilty. Judge Charles Butler gave me 6 months halfway house and 6 months home confinement. The day that I was to surrender to the Community Halfway House. I was tolded to report to FPC Marianna. I had no time to do any thing. So the sentence was amended to 6 months at FPC Marianna. And with the 399.00 check. My boyfriend at the time Waymon Williams went and spent our rent money so I wrote a check for the rent. That wasn't the first time I wrote his check to pay our bills. We were on bad terms. That was his way to try to hurt me. So there I was 4 children. homeless. But we made it. Your Honor I done no

wrongs. But, once I came out of Marianna. since
I couldn't find a job. I had no transportation
Transmission went out on my car. And where
we lived in Baldwin Co. If you don't have no
transportation you were messed up. Bills started
piling up, couldn't get no public assistant. So
I wrote some checks. Only for food + bills.
Nothing else. Then I landed a job at the
only factory in Stockton. That was 2003. I
was doing pretty good. I paid some of the
checks. But the Judge Bishop and folded him
what I did. He combined them together. That
was in 2004. I told Mr. Dudek (my probation officer).
Not thinking I was only 4 months short of being
off probation. I agreed to accept 3 more years.
Your Honor please have mercy on me and give
me time serve and allow me to go to Path of Success
and get it right this time. Judge consider.

Althia Scott