# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MYRON H. THOMPSON,  JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED March 1, 2007          AT  8:45  A.M./P.M.

DATE COMPLETED March 1, 2007          AT  9:08  A.M./P.M.

UNITED STATES OF AMERICA               Criminal Action
                                       1:06cr206-MHT
        VS.

ALETHIA ADRIANNE SCOTT

---

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher A. Synder | X | Atty Kevin L. Butler |
| | X | |
| | X | |
| | X | |
| | X | |

---

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

---

PROCEEDINGS:

( )  NON-JURY TRIAL
(x)  OTHER PROCEEDING:          SENTENCING HEARING

8:45 a.m.                       Sentencing hearing commenced (resumes).
                                Defendant's presentations of case pending in
                                the Mobile district and Path to Success
                                program. Probation's statements as to the use
                                of Path to Success program as stated on the
                                record. Government recommends a sentence near
                                the high end of the guideline range and
                                objects to the defendant being placed in the
                                Path to Success program. Defendant request
                                for sentence to include time served. Sentence
                                imposed; **ORAL ORDER** during sentence
                                imposition granting [63] Motion for Downward
                                Departure. Defendant's objection to being
                                placed in a substance abuse program. Court
                                directs that the substance abuse program is
                                for testing only. Government's **ORAL MOTION** to
                                Dismiss Counts 2s, 3s, 4s, and 5s. **ORAL ORDER**
                                granting ORAL MOTION to DISMISS.
9:08 a.m.                       Hearing concluded.