I Aletha Charisma Scott writing to request that Your Honor consider giving me a sentence reduction. Your Honor I know that I have completed the 9 month sentence that Your Honor handed down to me on March 3rd, 2007. But Your Honor if you grant my request that I am asking. The time will go towards my 10 month revocation sentence that Judge Charles Butler handed down to me. Your Honor there are several reasons that I ask that you consider. (1) My mother is well up in her senior years and its getting harder and harder for her to care for my three teenage children on 358.00 a month. (2) My two children that are returning back to college. I need to be there for them financially. Your I want them to be productive citizens, law abiding unlike their mom. (3) Your Honor I am so sorry for what I did. Like I told the court time after time I allowed Kevin Brown to control my life. These 10 months that I've been detained I have come to the conclusion that I was looking for something that I should've ask God for and let it alone. Your Honor please consider.

Aletha Scott

SCANNED

10