2:06cr206-MHT

09-23-07

RECEIVED
2007 SEP 25 A 9:36
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dear Honorable Judge Thompson

I Alethia Scott, a federal inmate detained at the Autauga Metro Jail am writing appealing to you, Your Honor for a 5 month sentence reduction. The reasons being Your Honor is

① Out of the 13½ months of being detained, I've only spent 7 weeks in a federal prison (FDC Houston, Tx.)

② I am due to E.O.S. on Jan. 2nd 2008

③ I was approved to go to the Community Halfway House on Nov. 14, 2008, but Your Honor since I am here I am not able to complete my release and preparations classes.

④ I don't even know why I am here. Attorney Kevin Butler said that it has something to do with being a federal witness. I've been back in the middle district since August 8, 2007 and to this day noone has come to see me or even written to tell me anything

⑤ I would like to still attend Path of Success. That way I've a good paying job, not a fast food job that the Halfway House send you to.

⑥ As you know my mother is getting older and she don't seem to be able to handle my three teenage daughters. And Your Honor I don't want them to go astray as I did. But I would like to say they made their grade and is still in school 9th, 10th, + 11th grade.

⑦ My eldest daughter graduate from college with her R.N. Liscense in December. I beg of you to allow me to be there. My eldest son is on his second year at Auburn University. Engineering is his major. My 20 yr old son is working. He wants to attend trade school, but told me the he would wait until I come home.

⑧. Your Honor being detained in county jails for almost a year it has been nothing but mental abuse. The officers treat you like animals telling me I have no rights and just because I am a federal inmate I don't get and special treatment. I tell them I only want to be treated as they would like to be treated. I have had staph 5 times. I have the scars to prove it. Your Honor since we have no recreation I've gain 32 lbs and can't even walk down a flight of 18 stairs without being out of breath.

Your Honor I could give you other reasons But I know that you're a busy man. I appeal to you to grant me this 5 month sentence reduction. That way I can put the pass behind me and take situation that I allowed myself to get in and do good for myself. Even though I am 41 — Its not to late.

Please Consider
Aretha Scott