IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr206-MHT |
| **ALETHIA ADRIANNE SCOTT** | ) | |

<u>ORDER</u>

It is ORDERED that the letter-motions to reduce sentence (Doc. Nos. 70 & 71) are denied.

DONE, this the 27th day of September, 2007.

                <u>/s/ Myron H. Thompson</u>
              **UNITED STATES DISTRICT JUDGE**