UNITED STATES GOVERNMENT
MEMORANDUM

| | | |
|---|---|---|
| **TO:** | The Honorable Myron H. Thompson<br>U. S. District Judge | **RECEIVED**<br>2008 MAY 14  P 3: 02 |
| **REPLY TO**<br>**ATTN OF:** | David A. Conoly<br>Senior U. S. Probation Officer | |
| **SUBJECT:** | U.S.A. v. Alethia Adrianne Scott<br>Docket No. 2:06CR206-001-MHT<br>**REQUESTS TO REMOVE SPECIAL CONDITION and TRANSFER JURISDICTION** | |
| **DATE:** | May 13, 2008 | |

### Court History:

On March 1, 2007, Alethia Scott appeared before Your Honor for sentencing after pleading guilty to Conspiracy to Defraud the United States, in violation of 18 U.S.C § 371. Scott was sentenced to 9 months custody of the Bureau of Prisons, to be followed by a three-year term of supervised release with the following conditions:

1) The defendant shall participate in a program of drug testing administered by the United States Probation Office.

2) The defendant shall provide the probation officer any requested financial information.

3) The defendant shall not obtain new credit without approval of the court unless in compliance with the payment schedule.

4) The defendant shall participate in a mental health treatment program approved by the United States Probation Office and shall contribute to the cost based on her ability to pay and availability of third party payments.

5) The defendant shall complete the Path to Success program.

### Supervision History and Recommendation:

On January 2, 2008, Alethia Scott began her term of supervised release in the Middle District of Alabama. After discovering that the Path to Success program was closed and no longer in service, Scott immediately returned to her home in Stockton, Alabama, which is near Mobile, AL. Considering Scott's entire family and support system is in Stockton, AL, and she has been under the supervision of a federal probation officer in the Southern District of Alabama, this officer respectfully requests that Scott's jurisdiction be transferred to the Southern District of Alabama where her case can be managed more efficiently and effectively. If Your Honor agrees to transfer jurisdiction, please sign Part 1 of the attached forms. This officer also requests that the condition requiring her to participate in the Path to Success program be removed as the program no longer exists. A proposed order to remove the condition is also attached.

U.S.A. v. Alethia Adrianne Scott
Docket No. 2:06CR206-001-MHT
Page 2

Respectfully submitted,

*[signature]*

David A. Conoly
U. S. Probation Officer

Reviewed and approved:

*[signature]*

David Ron Thweatt
Supervisory U. S. Probation Officer

**APPROVED:**

_____
United States District Judge/Date

**DISAPPROVED:**

_____
United States District Judge/Date

**COMMENTS:**_____

_____

_____

2

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr206-MHT |
| ALETHIA ADRIANNE SCOTT | ) | |

## ORDER

It is hereby ORDERED that the probation officer's request to remove the special condition that the defendant complete the Path to Success program, due to the program being closed, is hereby granted.

DONE, this the ____ day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE