IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )  | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 2:06cr206-MHT |
| ALETHIA ADRIANNE SCOTT    ) | |

### ORDER

It is ORDERED that the probation officer's request to remove the special condition that the defendant complete the Path to Success program (Doc. No. 79), because the program is closed, is granted.

DONE, this the 19th day of May, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE