| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:06CR206-001-MHT |
|---|---|---|
| **TRANSFER OF JURISDICTION** RECEIVED | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE 2008 JUL 14 P 2:59  Alethia Adrianne Scott | DISTRICT Middle Alabama | DIVISION Northern |
| | NAME OF SENTENCING JUDGE The Honorable Myron H. Thompson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/02/2008 | TO 01/01/2011 |

| OFFENSE |
|---|
| Conspiracy to Defraud the United States, 18 § U.S.C. 371 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Middle_____ DISTRICT OF _____Alabama_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Southern District of Alabama_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/19/2008
*Date*

*(signature)*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Southern_____ DISTRICT OF _____Alabama_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-23-08
*Effective Date*

Callie V. S. Granade
*Chief United States District Judge*